ACCEPTED
01-15-00044-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 9:33:50 AM
CHRISTOPHER PRINE
CLERK

# BOERNER, DENNIS & FRANKLIN, PLLC
### ATTORNEYS AT LAW



**MARK W. HARMON**

Direct Dial: (806) 535-1319
mwharmon@bdflawfirm.com
_____

Telephone: (806) 763-0044
Facsimile: (806) 763-2084
www.bdflawfirm.com

Mailing Address:
P. O. Box 1738
Lubbock, Texas 79408

Physical Address:
920 Avenue Q
Lubbock, Texas 79401

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 9:33:50 AM
CHRISTOPHER A. PRINE
Clerk

January 22, 2015

Christopher A. Prine
Clerk of the Court
Court of Appeals
FIRST DISTRICT
301 Fannin Street
Houston, Texas 77002-2066

> **Re:** *Tanya L. McCabe Trust, McCabe Family Trust, and The Rochford Living Trust v. Ranger Energy, LLC; Court of Appeals Number: 01-15-00044-CV*

Dear Mr. Prine:

In response to your letter of January 8, 2015, I am confirming my e-mail address noted below for the Court's use in connection with this case. Please note that it is the same address that the Court is currently using to contact me.

E:mail:       mwharmon@bdflawfirm.com

Should the Court need additional information, please do not hesitate to contact me.

Cordially yours,

BOERNER, DENNIS & FRANKLIN, PLLC

Mark W. Harmon

MWH; lac